IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

GARY BRYANT,

          Petitioner,

  v.

JEFFREY THOMAS, Warden, FCI Sheridan,

          Respondent.

Case No. 3:11-cv-721-MA

ORDER

MARSH, Judge

    On June 14, 2011, petitioner Gary Bryant filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner sought expedited consideration of the petition. On July 28, 2011, respondent filed a response. On September 6, 2011, petitioner filed a Motion for Voluntary Dismissal of Petition, seeking dismissal of this proceeding without prejudice. (#25.) In the motion and supporting memorandum, petitioner advises the court that he no longer wishes to litigate the petition, and that respondent has no objection to the voluntary dismissal. (#25 & 26.) I have

1 - ORDER

considered petitioner's submissions and the record of this case, and find dismissal is appropriate. Fed.R.Civ.Pro. 41(a)(2).

Accordingly, petitioner's Motion for Voluntary Dismissal of Petition (#25) is GRANTED and this proceeding is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this _9__ day of SEPTEMBER, 2011.

```
                             _/s/ Malcolm F. Marsh_____
                             Malcolm F. Marsh
                             United States District Judge
```

2 - ORDER